IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

DELAWARE VALLEY PLUMBING
SUPPLY, INC.

                      Plaintiff,

       v.

MERCHANTS MUTUAL INSURANCE
COMPANY, JOHN DOES (1-10), AND ABC
COMPANIES (1-10)

                    Defendant.

_____

No. 1:20-CV-08257-NLH-KMW


ORDER


THIS MATTER having been brought before the Court by Goldberg Segalla LLP,

attorneys for defendant Merchants Mutual Insurance Company, by way of a Motion To

Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6), and the Court having considered the

submissions and arguments in support of and in opposition to the motion before the Court;

and for good cause shown;

IT IS, ON THIS ____ DAY OF _____, 2020 ORDERED AS FOLLOWS:

Defendant Merchants Mutual Insurance Company's Motion To Dismiss is hereby granted,

and this matter is dismissed with prejudice.


_____
Hon. Noel L. Hillman